# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RASHAN WILLIAMS

NO. 2024 KW 0972

DECEMBER 4, 2024

---

In Re:    Rashan Williams, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 98-
          CR5-73282.

---

BEFORE:   WOLFE, MILLER, AND GREENE, JJ.

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT